UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSE CABRERA,

Defendant.

18-cr-66 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    Because the parties previously agreed that sealing is no longer necessary in this case and do not request sealing as to any documents, IT IS HEREBY ORDERED THAT any previously sealed filings in the above-captioned case shall be unsealed.

SO ORDERED.

Dated:    October 8, 2020
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation