

> IT IS HEREBY ORDERED THAT the motion to withdraw as counsel is GRANTED and Tommy H. Vu is relieved as counsel in this matter.  IT IS FURTHER ORDERED THAT Valerie Gotlib is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee Jose Cabrera in this matter.  Ms. Gotlib shall file a notice of appearance in Case No. 18-cr-66.  The Clerk of Court is respectfully directed to mail a copy of this order to Supervisee.
>
> SO ORDERED: _____
> Dated: 6/14/2021   RICHARD J. SULLIVAN
> U.S.C.J., Sitting by Designation

**Main Office**
450 A Street, 5th Floor
San Diego, CA 92101
t. 619.771.3473
f. 619.255.1515

Offices throughout California

Tommy H. Vu
Tvu@SSMSJustice.com

June 11, 2021

<u>**VIA ECF**</u>

The Honorable Richard J. Sullivan
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2530
New York, New York 10007

**Re:    United States v. Jose Cabrera, 18-cr-00066-RJS**
_____

Dear Judge Sullivan,

     I write to respectfully request leave from this Court to be relieved from representing Mr. Cabrera through my appointment by the SDNY Criminal Justice Act Panel ("Panel"). Additionally, I respectfully request that this case be assigned to the duty day Panel attorney. Mr. Cabrera wishes to file a motion to modify conditions of his supervised release to allow him to travel to Santiago, Dominican Republic for his grandmother's 84th birthday in August of 2021.

     As of March 2020, I resigned from my firm, Kasowitz Benson Torres LLP, and left New York City to be with family in California. I was the attorney of record representing Mr. Cabrera when this Court imposed a custodial sentence of 24 months and 4 years of supervised release on May 1, 2019. Mr. Cabrera completed his sentence and was released from custody on March 30, 2020. Probation Officer Erica Cudina informed me that Mr. Cabrera has had no issues while on supervised release and is fully compliant with all terms and conditions. Ms. Cudina has no objection to Mr. Cabrera's motion to modify conditions of his supervised release.

     Although I am currently in California, I will assist with the transition of this case to another Panel attorney. Mr. Cabrera is aware of my personal circumstances, and of this request to the Court. I sincerely apologize for any inconvenience my departure from this case may cause.

     Respectfully,

     /s/ Tommy H. Vu
     Tommy H. Vu

SSMSJUSTICE.COM