# GOTLIB LAW

August 27, 2021

**Via ECF and Email**

The Honorable Richard J. Sullivan
United States Circuit Judge (Sitting by Designation)
Southern District of New York
500 Pearl Street
New York, New York 10007

```
IT IS HEREBY ORDERED that Supervisee's
request is GRANTED, and he shall be
permitted to remain in the Dominican
Republic until September 10, 2021
subject to the conditions provided in
the letter below.
```
**SO ORDERED:** _____
**Dated:** 08/28/21         RICHARD J. SULLIVAN
                           U.S.C.J., Sitting by Designation

**Re:**   *United States v. Jose Cabrera*, 18 Cr. 66 (RJS)

Dear Judge Sullivan,

I write, with the consent of the government and the Probation Office ("Probation"), to respectfully request that the terms of Mr. Cabrera's supervised release be modified to permit him to remain in the Dominican Republic until September 10, 2021. On July 21, 2021, the Court granted Mr. Cabrera's request to travel to the Dominican Republic with the approved travel dates of August 12 through August 31, 2021. Mr. Cabrera's girlfriend traveled with him and underwent surgery while there. She experienced complications from the surgery and has been advised by doctors not to fly until September 10, 2021. Mr. Cabrera is caring for her while she is recovering. The government and Probation consent to the requested modification provided that Mr. Cabrera sends a text message to Probation Officer Cudina every two days, which he has agreed to do.

Accordingly, we respectfully request that the Court modify the terms of Mr. Cabrera's supervised release to permit him to remain in the Dominican Republic until September 10, 2021. I thank the Court for its consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib

cc:    Assistant U.S. Attorney Jacob Warren (*via* ECF and email)
       U.S.P.O. Erica Cudina (*via* email)