# GOTLIB LAW

September 29, 2022

> Supervisee's motion is granted. Mr. Cabrera shall comply with all directives of the United States Probation Office concerning the nature and details of his travel to the Dominican Republic from October 6, 2022 through October 16, 2022. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 81.
>
> SO ORDERED:
> Dated: 9/30/2022
> RICHARD J. SULLIVAN
> U.S.C.J., Sitting by Designation

*Via* ECF and Email

The Honorable Richard J. Sullivan
United States Circuit Judge (Sitting by Designation)
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Jose Cabrera,* **18 Cr. 66 (RJS)**

Dear Judge Sullivan,

I write, without objection from the government and the Probation Office ("Probation"), to respectfully request that the terms of Mr. Cabrera's supervised release be modified to permit him to travel to the Dominican Republic from October 6 through October 16, 2022. The purpose of Mr. Cabrera's trip is for a family vacation with his wife, children, mother, sisters and their children. If permitted, he will be staying at an address that has been provided to the government and Probation. Mr. Cabrera is fully vaccinated. To date, Mr. Cabrera has been fully compliant with all the terms of his supervised release and has no infractions. In respect to consenting to this application, while neither the government nor Probation object, the government defers to Probation and Probation defers to the Court.

Accordingly, we respectfully request that the Court modify the terms of Mr. Cabrera's supervised release to permit him to travel to the Dominican Republic from October 6 through October 16, 2022. I thank the Court for its consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib

cc:   Assistant U.S. Attorney Brandon Thompson (*via* ECF and email)
      U.S.P.O. Claire Francisco (*via* email)