March 5, 2023

> Supervisee's motion is granted. Mr. Cabrera shall comply with all directives of the United States Probation Office concerning the nature and details of his travel to Miami, Florida from March 11, 2023 through March 16, 2023. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 83.
>
> Dated: March 9, 2023
> New York, New York
>
> _____
> Hon. Richard J. Sullivan
> United States Circuit Judge
> Sitting by Designation

*Via* ECF and Email

The Honorable Richard J. Sullivan
United States Circuit Judge (Sitting
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Jose Cabrera,* **18 Cr. 66 (RJS)**

Dear Judge Sullivan,

I write, without objection from the government and with the consent of the Probation Office ("Probation"), to respectfully request that the terms of Mr. Cabrera's supervised release be modified to permit him to travel to Miami, Florida next week. If permitted, he will be staying at an address that has been provided to the government and Probation. Mr. Cabrera is fully vaccinated. To date, Mr. Cabrera has been fully compliant with all the terms of his supervised release and has no infractions. In respect to consenting to this application, while the government does not object it defers to Probation and Probation consents.

Accordingly, we respectfully request that the Court modify the terms of Mr. Cabrera's supervised release to permit him to travel to Miami, Florida from March 11 through March 16, 2023. I thank the Court for its consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib


cc:   Assistant U.S. Attorney Brandon Thompson (*via* ECF and email)
      U.S.P.O. Erica Cudina (*via* email)