UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOSE CABRERA,<br>      Supervisee. | No. 18-cr-66 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  For the reasons stated on the record earlier today, IT IS HEREBY ORDERED THAT Supervisee's term of supervised release is terminated.  The Court extends its best wishes to Mr. Cabrera and his family.

SO ORDERED.

Dated:  May 3, 2023
      New York, New York

                  _____
                  RICHARD J. SULLIVAN
                  UNITED STATES CIRCUIT JUDGE
                  Sitting by Designation